UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 10-03014 (FFMx) | Date | June 23, 2010 |
|---|---|---|---|
| Title | SAMUEL MADRIGAL v. OCWEN LOAN SERVICING, LLC | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**   **(Chambers:) ORDER REMANDING THE INSTANT CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 3, 2010, the Court issued defendant an order to show cause why the instant action should not be remanded for lack of subject matter jurisdiction. On June 22, 2010, defendant filed a response in which it requested that the Court exercise supplemental jurisdiction over the remaining state law claims. Given that no claims in plaintiff's amended complaint arise under federal law, and there does not exist diversity between the parties under 28 U.S.C. § 1332, the Court declines to exercise supplemental jurisdiction over the remaining state claims. See 28 U.S.C. § 1367(c)(3); see also Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 357 (1988) (finding that "the discretion to remand enables district courts to deal with cases involving pendent claims in the manner that best serves the principles of economy, convenience, fairness, and comity which underlie the pendent jurisdiction doctrine"). The Court hereby orders the case remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |